UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                            Case No. 17-cr-29 (2) (JNE/TNL)
                                                ORDER

Edgar Martinez-Sanchez,

      Defendant.

      In a Report and Recommendation dated November 15, 2017, the Honorable Tony N. Leung, United States Magistrate Judge, recommended that the Court accept Defendant Edgar Martinez-Sanchez's plea of guilty as to Count 1 of the Superseding Indictment. ECF No. 118.  No party filed objections.  Based on a de novo review of the record, the Court accepts the recommended disposition.  *See* 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2.  Therefore, IT IS ORDERED THAT:

1. The Court ACCEPTS Defendant Edgar Martinez-Sanchez's plea of guilty as to Count 1 of the Superseding Indictment.

Dated: December 7, 2017

                                                            s/ Joan N. Ericksen
                                                            JOAN N. ERICKSEN
                                                            United States District Judge